IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

R. SCOTT WESTON                                              PLAINTIFF

    vs.            CASE No. 05-CV-2054

U. S. BANK, N.A.                                              DEFENDANT

## **ORDER**

Now on this 24th day of April, 2006, there comes on for consideration the above-styled and numbered cause. In accordance with the Plaintiff's Stipulation of Dismissal (#14), and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED with prejudice, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
    Robert T. Dawson
    United States District Judge

AO72A
(Rev. 8/82)